UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANDI MCDANIEL,<br><br>  Plaintiff,<br><br>vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.,<br><br>  Defendant. | Case No.: 12-CV-01986 YGR<br><br>**ORDER REGARDING ORDER TO SHOW CAUSE HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD**:**

  Plaintiff's counsel, G. Thomas Martin, has been **ORDERED TO SHOW CAUSE** why he should not be sanctioned for failing to appear at a previous Case Management Conference. He has been asked to explain in a written response his failure to appear and why Plaintiff has not yet signed the settlement agreement. (*See* Dkt. No. 19.) Counsel has failed to file this response or to file a dismissal.

  The Order to Show Cause hearing scheduled for Friday, February 1, 2013, is continued to February 15, 2013 at 9:01 a.m., in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5. If the settlement agreement has been signed and a dismissal is filed by February 8, 2013, the Court will take the Order to Show Cause hearing off calendar. If a dismissal and written response are not filed, <u>Plaintiff's counsel shall be required to appear personally at the hearing</u>. The hearing will not be continued again. If the hearing occurs, Defendant's counsel will be permitted to appear by phone.

  All pending motions to appear by telephone are **DENIED** as moot.

  **IT IS SO ORDERED**.

Dated: January 31, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**