UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANDI MCDANIEL,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.,<br><br>　　　Defendant. | Case No.: 12-CV-01986 YGR<br><br>**ORDER REGARDING ORDER TO SHOW CAUSE HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD**:**

　　Plaintiff's counsel, G. Thomas Martin, has been **ORDERED TO SHOW CAUSE** why he should not be sanctioned for failing to appear at a previous Case Management Conference. He has been asked to explain in a written response his failure to appear and why Plaintiff has not yet signed the settlement agreement. (*See* Dkt. No. 19.) Counsel has failed to file this response or to file a dismissal.

　　The Order to Show Cause hearing scheduled for Friday, February 1, 2013, is continued to February 15, 2013 at 9:01 a.m., in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5. If the settlement agreement has been signed and a dismissal is filed by February 8, 2013, the Court will take the Order to Show Cause hearing off calendar. If a dismissal and written response are not filed, Plaintiff's counsel shall be required to appear personally at the hearing. The hearing will not be continued again. If the hearing occurs, Defendant's counsel will be permitted to appear by phone.

　　All pending motions to appear by telephone are **DENIED** as moot.

　　**IT IS SO ORDERED**.

Dated:  January 31, 2013

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE