G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
KANDI MCDANIEL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

KANDI MCDANIEL;

          Plaintiff,

    vs.

DIVERSIFIED COLLECTION
SERVICES, INC.; and DOES 1 to 10,
inclusive,

          Defendants.

**Case No. 4:12-cv-01986-YGR**

**[PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE** BETWEEN
**PLAINTIFF AND DEFENDANT**

    PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of

Plaintiff KANDI MCDANIEL against Defendant DIVERSIFIED COLLECTION

SERVICES, INC. are dismissed, with prejudice.  Plaintiff KANDI MCDANIEL

and Defendant DIVERSIFIED COLLECTION SERVICES, INC. shall each bear

their own costs and attorneys' fees.

    This Order terminates Dkt. No. 24 and the Order to Show Cause
Hearing scheduled for February 15, 2013 is VACATED.  IT IS SO ORDERED.

Date:_____February 8, 2013_____

                                            
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE