G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
KANDI MCDANIEL

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANDI MCDANIEL;<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No. 4:12-cv-01986-YGR<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT |

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff KANDI MCDANIEL against Defendant DIVERSIFIED COLLECTION SERVICES, INC. are dismissed, with prejudice.  Plaintiff KANDI MCDANIEL and Defendant DIVERSIFIED COLLECTION SERVICES, INC. shall each bear their own costs and attorneys' fees.

```
     This Order terminates Dkt. No. 24 and the Order to Show Cause
 Hearing scheduled for February 15, 2013 is VACATED.  IT IS SO ORDERED.
```

Date: February 8, 2013　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE